## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 5:19-CR-674 |
| | ) | |
| Plaintiff, | ) | JUDGE: JOHN R. ADAMS |
| | ) | |
| v. | ) | **RESPONSE TO COURT'S** |
| | ) | **INQUIRY** |
| AUSTINE H. HEINEY | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, Austine H. Heiney, by and through Attorney George Keith, and respectfully gives notice to the Court that he would consent to be sentenced by video on Thursday, August 28, 2020.

Respectfully submitted,

\s\ GEORGE G. KEITH
GEORGE G. KEITH #0012606
Attorney for Defendant
135 Portage Trail
Cuyahoga Falls, OH 44221
(330) 929-4293
(330) 929-1796 (fax)

### PROOF OF SERVICE

A copy of the foregoing Response to Court's Inquiry was sent this 22nd day of May 2020, by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Also, a copy was sent via fax transmission to Jason M. Katz, Assistant U.S. Attorney, 330-746-0239.

\s\ GEORGE G. KEITH
GEORGE G. KEITH #0012606
Attorney for Defendant